UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ALAN PHARES,<br><br>Defendant. | Case No. 2:20-cr-00020-APG-DJA<br><br>**ORDER**<br><br>[Docket No. 35] |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the conditions of pretrial release are modified to allow Ms. Phares to travel regularly to Nye County, Nevada for the purpose of relocating his personal belongings and to Arroyo Grande, California from July 16, 2021 – July 19, 2021.

Dated: July 7, 2021

_____
UNITED STATES MAGISTRATE JUDGE