# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTHONY ALAN PHARES,

    Defendant.

Case No. 2:20-cr-00020-APG-DJA

**ORDER**

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on December 8, 2021 at the hour of 10:30 a.m., be vacated and continued to March 8, 2022 at the hour of 10:00 a.m. in Courtroom 6C.

   DATED this 2nd day of November, 2021.

_____

UNITED STATES DISTRICT JUDGE

3